IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AARIS D'JUAN JEFFERSON                                                                PLAINTIFF

v.                                        Civil No. 6:20-cv-06142

SHERIF MIKE MCCORMICK, *et. al.*                                                     DEFENDANTS

**ORDER**

Now before the Court is the Report and Recommendation filed April 8, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 13.)  Plaintiff proceeds in this section 42 U.S.C. §1983 action *pro se*.  Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.  *Id.*

No party has filed objections to the Report and Recommendation, and the time to object has now passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is hereby ORDERED that Plaintiff's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 17th day of May 2021.

/s/ *Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE